IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SCOTT SEEFELDT,

    Plaintiff,                    1: 09 CV 00235 YNP GSA (PC)

    vs.                          ORDER RE MOTIONS (DOCS 5,8, 12)

MERCY HOSPITAL, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

    Pending before the court are Plaintiff's motions regarding his request for a stay. Plaintiff filed a motion to stay this action. Subsequently, Plaintiff filed two separate motions to lift the stay. On February 12, 2010, an order was entered, dismissing the operative pleading and granting Plaintiff leave to file an amended complaint. On February 22, 2010, Plaintiff timely complied with the February 12, 2010, order.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for a stay and to lift the stay are denied as moot. This action proceeds on the February 22, 2010, second amended complaint.

    IT IS SO ORDERED.

    Dated:  **March 19, 2010**           /s/ **Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE