UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT SEEFELDT, | 1:09-cv-235-MJS (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION |
| vs. | AND |
| MERCY HOSPITAL (BAKERSFIELD), et al., | REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL BY AUGUST 25, 2010 |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on March 30, 2007.  On May 11, 2010, Plaintiff filed a notice of change of address indicating that he had been released from custody.  In light of the fact that plaintiff is no longer in custody, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a regular civil in forma pauperis application;

2. Plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full by **August 25, 2010**.

///

Failure to obey this Order may result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated:   July 13, 2010                         /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE