# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT SEEFELDT,<br><br>              Plaintiff,<br><br>     v.<br><br>MERCY HOSPITAL, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:09-cv-00235-MJS   (PC)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>PLAINTIFF'S RESPONSE DUE 10/1/10 |

Plaintiff, proceeding pro se, filed this civil action on February 5, 2009. Plaintiff did not pay the $350.00 filing fee in full or file an application to proceed in forma pauperis ("IFP"). On July 14, 2010, the Court ordered Plaintiff to do one or the other by August 25, 2010. (ECF No. 19.) The deadline has passed, and Plaintiff has not complied with or otherwise responded to the Court's order.

A civil action may not proceed absent the submission of either the filing fee or an application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Because Plaintiff has submitted neither and has not responded to the Court's order to do so, it is within the Court's discretion to dismiss the case. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE before **October 1, 2010** why this case should not be dismissed. The Clerk's office is directed to send Plaintiff another copy of the non-prisoner civil application to proceed in forma pauperis. Plaintiff is warned that failure to respond to this Order and/or file a properly completed application

to proceed in forma pauperis will result in dismissal of this action.

IT IS SO ORDERED.

Dated:     September 10, 2010             /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE